```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JACQUELINE ABBOTT-BENSON,            :
                                     :
            Plaintiff,               :    CIVIL ACTION
                                     :
    v.                               :    NO. 15-cv-1861
                                     :
CHEYNEY UNIVERSITY OF PENNSYLVANIA,  :
ET AL.,                              :
                                     :
            Defendants.              :

## ORDER

AND NOW, this  16th  day of September, 2015, upon consideration of Defendants' Motion to Dismiss (Doc. No. 2) and Plaintiff's response thereto (Doc. No. 4), it is hereby ORDERED that the Motion is GRANTED.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.